IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| VICTORIA ANDERSON,<br>    Plaintiff, | *<br>*<br>*<br>*<br>* |  |
| v. | *<br>* | Civil Action No. 08-cv-02424-AW |
| DISCOVERY COMMUNICATIONS, LLC,<br>    *et al.*,<br>    Defendant. | *<br>*<br>*<br>* |  |

*******************************************************************************

### Order

Plaintiff Victoria Anderson ("Anderson") brings this action against Defendants Discovery Communications, LLC ("Discovery"), Janell Coles ("Coles"), Lisa Williams-Fauntroy ("Williams-Fauntroy"), and Doe Defendants 1 through 4 ("Doe Defendants"), alleging: (1) unlawful termination and retaliation on the basis of disability in violation of the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.* ("ADA"), and the Montgomery County Human Rights Act, Montgomery Cty. Code § 27-1 *et seq.*; and (2) deprivation and interference of rights and unlawful retaliation in violation of the Family and Medical Leave Act, 29 U.S.C. § 2601 *et seq*. ("FMLA").[1] *See* Doc. No. 27. Currently pending before the Court are Anderson's motion for discovery sanctions, *see* Doc. Nos. 78, 81, and Defendants' motion for summary judgment, *see* Doc. No. 86. The Court has reviewed the motion papers submitted by the Parties and finds that no hearing is necessary. *See* Md. Loc. R. 105(6) (D. Md. 2010). For the reasons stated in the accompanying Memorandum Opinion, it is, this 29th day of September, 2011, ordered that:

1) Plaintiff's motion for discovery sanctions, Doc. No. 78, is DENIED;

---

[1] Plaintiff has voluntarily dismissed Count I for tortious interference with a prospective economic advantage, Count VI for violations of ERISA § 510, and Count VIII under the Maryland Wage Payment and Collection Law. *See* Doc. No. 105.

2) Defendants' motion for summary judgment, Doc. No. 86, is GRANTED;

3) The Clerk **CLOSE** this case; and

4) The Clerk transmit a copy of this Order to Counsel.

                                            /s/
                            Alexander Williams, Jr.
                            UNITED STATES DISTRICT JUDGE