FILED: April 5, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-2195
(8:08-cv-02424-AW)

_____

VICTORIA ANDERSON

    Plaintiff - Appellant

v.

DISCOVERY COMMUNICATIONS, LLC; JANELL COLES; LISA WILLIAMS-FAUNTROY; DOE DEFENDANTS 1 THROUGH 4

    Defendants - Appellees

_____

J U D G M E N T

_____

    In accordance with the decision of this court, the judgment of the district court is affirmed.

    This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK