FILED: April 22, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-2195
(8:08-cv-02424-AW)
_____

VICTORIA ANDERSON

      Plaintiff - Appellant

v.

DISCOVERY COMMUNICATIONS, LLC; JANELL COLES; LISA WILLIAMS-FAUNTROY; DOE DEFENDANTS 1 THROUGH 4

      Defendants - Appellees

_____

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)

_____

    This court's mandate is stayed under Fed. R. App. P. 41(d)(1), which provides that "[t]he timely filing of a petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, stays the mandate until disposition of the petition or motion."

*/s/Patricia S. Connor, Clerk*