FILED:  May 3, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 11-2195
(8:08-cv-02424-AW)

———————————

VICTORIA ANDERSON

             Plaintiff - Appellant

v.

DISCOVERY COMMUNICATIONS, LLC; JANELL COLES; LISA
WILLIAMS-FAUNTROY; DOE DEFENDANTS 1 THROUGH 4

             Defendants - Appellees

———————————

O R D E R

———————————

The court denies the petition for rehearing and rehearing en banc.  No judge

requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Niemeyer, Judge Shedd and

Judge Agee.

For the Court

/s/ Patricia S. Connor, Clerk