FILED: May 13, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-2195
(8:08-cv-02424-AW)
_____

VICTORIA ANDERSON

      Plaintiff - Appellant

v.

DISCOVERY COMMUNICATIONS, LLC; JANELL COLES; LISA WILLIAMS-FAUNTROY; DOE DEFENDANTS 1 THROUGH 4

      Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered April 5, 2013, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*